ENTERED ON DOCKET
5/24/00 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

JESUS MIRANDA-GONZALEZ  \*
    Petitioner,                 \*
                                      \*
       v.                            \*      CIVIL NO. 98-2187(PG)
                                      \*
J.L. GARCIA, Warden         \*
    Respondent.                \*

## JUDGMENT

Having entered an Opinion and Order Approving and Adopting the U.S. Magistrate Judge's Report and Recommendation, the Court hereby **ORDERS** that the Petition for Habeas Corpus is **DENIED and DISMISSED**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico _____May 23_____, 2000.

                                                                   /s/ Juan M. Pérez-Giménez
                                                                   JUAN M. PEREZ-GIMENEZ
                                                                   U.S. District Judge

AO 72A
(Rev. 8/82)