IN THE UNITED STATES Court
of Appeals District of Puerto Rico

Jesus Miranda Gonzalez

v.                                                    Case No. 98-2187 (PG)

UNITED STATES of America

Notice of Appeal

RECEIVED AND FILED
'00 JUN 19 AM 9:14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Im appealing the District Court
order and desicion of May 23, 2000
Case No. 98-2187 (PG)

CCA
6/20/00

Filing Fees Pending
S/C Appeals Clerk

(14)