UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 JAN 12 AM 11:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

JESUS MIRANDA GONZALEZ,
    Petitioner,

v.                                    Civil No. 98-2187(PG)

J.L. GARCIA, WARDEN
    Respondent.

| MOTION | ORDER |
|---|---|
| Docket #16 - Motion for Leave to Proceed on Appeal In Forma Pauperis | Granted |

Date: January 10, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge